**Electronically Filed**
**Supreme Court**
**SCPW-18-0000049**
**05-FEB-2018**
**12:52 PM**

SCPW-18-0000049

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEMONT R. D. CONNER, CHAIR OF HOʻOMANAPONO
POLITICAL ACTION COMMITTEE, Petitioner,

vs.

THE HONORABLE BLAINE KOBAYASHI, Judge of the District Court of
the Second Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI and SAMUEL KALEIKOA KAEO, Respondents.

---

ORIGINAL PROCEEDING
(CASE NO. 2DCW-17-0002038)

<u>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner DeMont R. D. Conner's petition for writ of mandamus, filed on January 26, 2018, and the record, it appears that petitioner fails to demonstrate that he has standing, as a non-party in the underlying criminal proceeding, to seek the requested extraordinary relief from the district court's rulings in the underlying proceeding. <u>See</u> <u>Kahoʻohanohano v. State</u>, 114 Hawaiʻi 302, 162 P.3d 696 (2007). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is dismissed.

DATED:  Honolulu, Hawaiʻi, February 5, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson